ELVIE J. SMITH, Appellant, v. THE CITY OF ALBANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

FARMS SUPPLIES CORPORATION, Respondent, v. MINNIE GOLDSTEIN, Appellant, and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Van Kirk, P. J., Hinman, Rhodes and McNamee, JJ., concur; Hill, J., dissents.

BERT A. KOEHNLE, Respondent, v. COLONIAL MOTOR COACH CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

CHARLES W. HOTALING, Respondent, v. THE VILLAGE OF COBLESKILL, NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Application of JAMES J. WHITE, Respondent, for a Mandamus Order against C. A. HARRELL, as City Manager, JOHN E. HOGAN, as City Comptroller, and ARCHIE B. JONES, as City Treasurer of the City of Binghamton, Appellants. — Order settled. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

JOHN P. FAILING, Respondent, v. CAMPBELL MOTORS, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Appraisal of the Estate of LAWRENCE B. SUTFIN, Deceased, Pursuant to Article 10 of the Tax Law Relating to Taxable Transfers of Property. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

ALBERT M. BANKER, Respondent, v. ROBERT IRVING CHAPAL and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

WILLIAM I. PURDY, as Administrator, etc., of KENNETH E. PURDY, Deceased, Respondent, v. HERMAN R. MOCH and ELMORE N. WAGAR (Sued as ELMER N. WAGAR), Appellants.— Motion of the defendant Moch for reargument denied, with ten dollars costs. Motion of the defendant Wagar for reargument denied, with ten dollars costs. Motions of the defendants Moch and Wagar for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.